[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 25-11248

Non-Argument Calendar

_____

TORRIEO MONTE JOHNSON,
a.k.a Torrieo Corker,

Petitioner-Appellant,

*versus*

UNITED STATES OF AMERICA,

Respondent-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket Nos. 7:24-cv-00037-LAG-ALS,

2                          Opinion of the Court                    25-11248

7:20-cr-00009-LAG-ALS-1

_____

Before JORDAN, ROSENBAUM, and LUCK, Circuit Judges.

PER CURIAM:

Torrieo Monte Johnson, proceeding *pro se*, appeals from the magistrate judge's report and recommendation ("R&R") that his motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 be denied. We lack jurisdiction over this appeal because it is taken from an R&R that the district court has not adopted or otherwise rendered final. *See* 28 U.S.C. § 1291 (providing that the courts of appeals have jurisdiction over "appeals from all final decisions of the district courts"); *Perez-Priego v. Alachua Cnty. Clerk of Ct.*, 148 F.3d 1272, 1273 (11th Cir. 1998) (explaining that such an R&R is not final and appealable and that subsequent adoption does not cure a premature notice of appeal).

Accordingly, this appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.